**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Metal Benders USA LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-1543662** |

4.  **Debtor's address**

**Principal place of business**

**880 Airport Road**
**Winder, GA 30680**
Number, Street, City, State & ZIP Code

**Barrow**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.  **Debtor's website** (URL) _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Metal Benders USA LLC**                                      Case number (*if known*) _____
         <sub>Name</sub>

---

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____**3312**_____

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

Debtor    **Metal Benders USA LLC**                                                    Case number (*if known*)
_____
Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.     Insurance agency  _____
            Contact name  _____
            Phone  _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 3

Debtor      **Metal Benders USA LLC**                                                    Case number (*if known*)
            Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor  **Metal Benders USA LLC**                                      Case number (*if known*) _____
        Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 23, 2022**
              MM / DD / YYYY

**X** **/s/ Harold Lerner**                          **Harold Lerner**
     Signature of authorized representative of debtor      Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Cameron M. McCord**                      Date  **November 23, 2022**
     Signature of attorney for debtor                      MM / DD / YYYY

**Cameron M. McCord 143065**
Printed name

**Jones & Walden, LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone   **404-564-9300**        Email address   **info@joneswalden.com**

**143065 GA**
Bar number and State

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Metal Benders USA LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                 **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Adecco Employment Services** | | | | | | $8,204.28 |
| **Athens Gas & Welding Supply 1775 Winterville Road Athens, GA 30605** | | | | | | $26,684.50 |
| **Bright View Landscape Services PO Box 740655 Atlanta, GA 30374** | | | | | | $7,600.00 |
| **Complete Structural Consulting 9880 Westpoint Drive Suite 100 Indianapolis, IN 46256** | | | | | | $8,700.00 |
| **Express Employment Sevices PO Box 945434 Atlanta, GA 30394** | | | | | | $19,789.56 |
| **Falcon Metals 1597 Hwy 150 Bessemer, AL 35022** | | | | | | $476,077.01 |
| **Florida Handling Systems 2651 State Road 60 West Bartow, FL 33830** | | | | | | $156,391.20 |
| **Foundation Building Materials PO Box 744398 Atlanta, GA 30374** | | | | | | $35,458.56 |

Debtor  **Metal Benders USA LLC**                                          Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **General Welding Company Inc 8411 Old Marlboro Pike Suite 24 Upper Marlboro, MD 20772** | | | | | | $7,020.00 |
| **Global Custums LLC PO Box 697 2053 Cressman Road Skippack, PA 19474** | | | | | | $6,200.00 |
| **Global Drywall Services LLC 1 Alhambra Plaza Suite PH Floor Miami, FL 33134** | | | | | | $260,569.04 |
| **Infra-Metals 1561 Pine Street NW Atlanta, GA 30318** | | | | | | $282,788.75 |
| **KLB Steel 1310 Meier Ave PO Box 8729 Cincinnati, OH 45208** | | | | | | $916,050.19 |
| **Reibus International INC 1 Glenlake Parkway Suite 300 Atlanta, GA 30328** | | | | | | $33,289.20 |
| **Service Partners LLC 1639 Clay RD BLDG C Valdosta, GA 31601** | | | | | | $18,748.45 |
| **Steelmart Inc 3476 Lawrenceville Highway Tucker, GA 30084** | | | | | | $155,280.83 |
| **Tallgrass Freight Co, LLC 6800 Hilltop Road 202 Shawnee, KS 66226** | | | | | | $5,800.00 |
| **Trinity Rail 14221 N Dallas Pkwy Suite 110 Dallas, TX 75254** | | | | | | $74,616.97 |

Debtor   **Metal Benders USA LLC**_____   Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wagner Staffing 8386 Hazelbrand Road Covington, GA 30014** | | | | | | **$30,740.83** |
| **WIP** | | | | | | **$47,997.83** |

Adecco Employment Services

American Welding & Gas, Inc
PO Box 74008003
Chicago, IL 60674

Athens Gas & Welding Supply
1775 Winterville Road
Athens, GA 30605

Bright View Landscape Services
PO Box 740655
Atlanta, GA 30374

Complete Structural Consulting
9880 Westpoint Drive
Suite 100
Indianapolis, IN 46256

Express Employment Sevices
PO Box 945434
Atlanta, GA 30394

Falcon Metals
1597 Hwy 150
Bessemer, AL 35022

Florida Handling Systems
2651 State Road 60 West
Bartow, FL 33830

Foundation Building Materials
PO Box 744398
Atlanta, GA 30374

General Welding Company Inc
8411 Old Marlboro Pike
Suite 24
Upper Marlboro, MD 20772


Global Custums LLC
PO Box 697
2053 Cressman Road
Skippack, PA 19474


Global Drywall Services LLC
1 Alhambra Plaza
Suite PH Floor
Miami, FL 33134


Hilti Inc.
PO Box 70299
Philadelphia, PA 19176


Hoist and Crane Company
100 Fernco Drive
Nashville, TN 37207


Infra-Metals
1561 Pine Street NW
Atlanta, GA 30318


KLB Steel
1310 Meier Ave
PO Box 8729
Cincinnati, OH 45208


L2L Commercial Cleaning LLC
951 Azalea Court Winder
Winder, GA 30680


Metro Trailer
100 Metro Parkway
Pelham, AL 35124

Northeast Georgia Rentals
4204 McEver Road
PO Box 787
Oakwood, GA 30566


Reibus International INC
1 Glenlake Parkway
Suite 300
Atlanta, GA 30328


Service Partners LLC
1639 Clay RD
BLDG C
Valdosta, GA 31601


Steelmart Inc
3476 Lawrenceville Highway
Tucker, GA 30084


Tallgrass Freight Co, LLC
6800 Hilltop Road 202
Shawnee, KS 66226


Trinity Rail
14221 N Dallas Pkwy
Suite 110
Dallas, TX 75254


United Rentals
PO Box 100711
Atlanta, GA 30384-0711


USA Mobile Drug Testing
11016 N Dale Marby Hwy
Suite 204
Tampa, FL 33618

```
Wagner Staffing
8386 Hazelbrand Road
Covington, GA 30014
```

```
Winder Property Partners
```

```
WIP
```

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Metal Benders USA LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Metal Benders USA LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Inland Holdings, LLC
PO Box 1347
Statham, GA 30666**

**Pompano Holdings, LLC
5014-A Hwy 78
Lilburn, GA 30047**

□ None [*Check if applicable*]

**November 23, 2022**

Date

**/s/ Cameron M. McCord**

**Cameron M. McCord 143065**

Signature of Attorney or Litigant
Counsel for   **Metal Benders USA LLC**

**Jones & Walden, LLC**

**699 Piedmont Avenue NE
Atlanta, GA 30308
404-564-9300 Fax:404-564-9301
info@joneswalden.com**