**IT IS ORDERED as set forth below:**

**Date: May 31, 2023**

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**DIV005 LLC,**<br><br>**Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 22-21202-jrs** |
| **IN RE:**<br><br>**METAL BENDERS USA LLC,**<br><br>**Debtor.** | **CHAPTER 11**<br>**SUBCHAPTER V**<br>**CASE NO. 22-21201-jrs** |

**ORDER SUBSTANTIVELY CONSOLIDATING DEBTOR METAL BENDERS USA LLC WITH DEBTOR DIV005 LLC**

On February 3, 2023, the above-named Debtors filed their *Amended Motion to Substantively Consolidate Debtor Metal Benders USA LLC with Debtor Div005 LLC* (the "Motion" or the "Motion to Substantively Consolidate") [Case No. 22-21201, Doc. No. 58; Case No. 22-21202, Doc. No. 110];

On May 30, 2023, a hearing was held on the Motion to Substantively Consolidate at 9:30 a.m. No party appeared in opposition to the Motion. The Court has considered the Motion and all other matters of record, including the lack of objection thereto; and based on the foregoing, no further notice or hearing is required and the Court finds that good cause exists to grant the relief requested in the Motion.

Accordingly, it is hereby

**ORDERED** that the Motion is granted. The substantive consolidation of the cases is approved. Metal Benders USA LLC shall be consolidated with Div005 LLC. All future pleadings shall be filed in Div005 LLC, Case No. 22-21202, and it is further

**ORDERED** that all proofs of claims filed in Metal Benders USA LLC, Case No. 22-21201, shall be deemed to have been filed in Div005 LLC, Case No. 22-21202; and it is further

**ORDERED** that Metal Benders USA LLC shall transfer all funds held in Debtor-in-Possession accounts to the Debtor-in-Possession accounts maintained by Div005 LLC; and it is further

**ORDERED** that Metal Benders USA LLC shall file a final monthly operating report as of the date of this Order; and it is further

**ORDERED** that the services of Gary Murphy, the Subchapter V Trustee, are terminated as there is no further Subchapter V case; and it is further

**ORDERED** that Mr. Murphy may apply for approval of his fees and expenses as the Subchapter V Trustee in the case of Div005 LLC and Div005 LLC is authorized and directed to pay the approved fees and expenses of Mr. Murphy upon further order from this Court approving the fees and expenses.

**[END OF ORDER]**

*Prepared and Presented by:*

**JONES & WALDEN LLC**
*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
699 Piedmont Ave NE
Atlanta, GA 30308
(404)564-9300
cmccord@joneswalden.com
Attorney for Debtors

**Distribution List**

Cameron M. McCord
Jones & Walden, LLC
699 Piedmont Ave NE
Atlanta, Georgia 30308

Office of the U.S. Trustee
362 Richard Russell Federal Building
75 Ted Turner Dr, SW
Atlanta, Georgia 30303