**IT IS ORDERED as set forth below:**

**Date: October 27, 2023**

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**DIV005 LLC,**<br><br>**Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 22-21202-jrs** |

**FINAL DECREE**

Debtor filed its *Application for Final Decree*[1] (the "Application") (Doc. No. 342) and *Final Report* (Doc. No. 343) on September 15, 2023. Based upon a review of the record in this case and the representations in the Application, it appears that the Plan has been substantially consummated. Accordingly, pursuant to Federal Rule of Bankruptcy Procedure 3022, it is hereby

ORDERED that:

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed in the Application.

1. The provisions of the Plan bind Debtor, any entity acquiring property under the Plan, and all creditors of Debtor, whether or not the claim or interest of such creditor is impaired under the Plan, and whether or not such creditor has accepted the Plan;

2. Except as specifically provided in the Plan or the Confirmation Order, all property of the estate is vested in Debtor;

3. Except as specifically provided in the Plan or Confirmation Order, the property dealt with by the Plan is free and clear of all claims and interests of creditors and other parties in interest;

4. Debtor shall be authorized to reopen this case after entry of this final decree for the purpose of obtaining a discharge pursuant to 11 U.S.C. § 1141(d) (as made applicable) or to otherwise afford relief to Debtor. The fee associated with the Debtor's motion to reopen Debtor's case may be waived, and Debtor may not be responsible for payment of such to the Clerk of Court for the Bankruptcy Court of the Northern District of Georgia or otherwise;

5. All creditors of, claimants against, and all persons having or claiming interest of any nature in Debtor's property and assets are permanently enjoined from: (a) pursuing, attempting to pursue, commencing or continuing any action, (b) employing any process, or (c) acting to collect, offset, or recover any right, claim or interest except as provided for in the Plan or orders of this Court against: (1) Debtor, or (2) against any property of Debtor. Such injunction shall survive the closure of the Bankruptcy Case and this Court shall retain jurisdiction to enforce such injunction. Such injunction shall remain in effect as to each creditor for so long as payments to such creditor are provided for by the Plan.

6. The Court shall retain jurisdiction to reopen this Bankruptcy Case, without limitation, (a) to adjudicate any Claim Dispute filed, (b) to resolve any disputes regarding the sale

or refinancing procedures of Debtor's assets in the Plan or (c) otherwise determine any dispute regarding the treatment of a claim, including objections to any claim or interest under the Plan. The Court shall specifically retain jurisdiction over any Claim Dispute filed before or after entry of this Final Decree.

7. Debtor will file all required operating reports through the date of entry of this Final Decree and pay all United States Trustee fees due through the date of entry of this Final Decree.

8. The Final Report is approved, and the Application is *granted.*

The Clerk, U.S. Bankruptcy Court, is DIRECTED to close this case. Counsel for Debtor is DIRECTED to serve a copy of this order upon Debtor, the U.S. Trustee and all parties reflected on Debtor's mailing matrix.

**[END OF ORDER]**

Prepared and Presented By:

**JONES & WALDEN LLC**
*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
Thomas T. McClendon
Georgia Bar No. 431452
Attorneys for Debtor
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
cmccord@joneswalden.com
tmcclendon@joneswalden.com

(Signatures Continued on the Following Page)

**No Opposition:**

*/s/ David S. Weidenbaum*
David S. Weidenbaum
Georgia Bar No. 745892
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331 – 4705 [office]
(202) 329 – 2428 [cell]
david.s.weidenbaum@usdoj.gov
*Trial Attorney for United States Trustee*

**Distribution List**

Cameron M. McCord, Jones & Walden LLC, 699 Piedmont Avenue, NE, Atlanta, Georgia 30308

Office of the U.S. Trustee, 362 Richard B. Russell Bldg., 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303